**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01754-RBJ-BNB

KATHLEEN ANN DEWEY,

    Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC., and
MARRIOTT WORLDWIDE CORPORATION,

    Defendants.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

COMES NOW THE COURT, and having considered the STIPULATION FOR DISMISSAL WITH PREJUDICE,

**HEREBY ORDERS**:

This action is dismissed **WITH PREJUDICE**, each party to pay their own costs and fees.

Dated this 14th day of October, 2014.

*/s/ Brooke Jackson*

_____
United States District Court Judge